The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMETT L. SMITH, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | CASE NO. 2:19-cv-00060-BJR <br><br> STIPULATED MOTION TO EXTEND TIME FOR DEFENDANTS' RESPONSIVE PLEADING <br> *AND ORDER* |

COME NOW Plaintiffs, by and through their attorneys, Russo & Graham and Todd Nelson, and Defendants, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the responsive pleading for all defendants to July 16, 2019.

This extension is necessary because Defendants' counsel, Tricia Boerger, has encountered unexpected and increased demands on her time due to an upcoming trial.

Stipulated Motion to Extend
Time for Defendants'
Responsive Pleading *and Order*
[2:19-cv-00060-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties agree that an extension of time is appropriate and will help facilitate the efficient litigation of this matter.

DATED this 20th day of June, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Anthony A. Russo
ANTHONY A. RUSSO, WSBA #6272
Law Offices of Russo & Graham
2033 6th Avenue, Suite 988
Seattle, Washington 98121
Phone: (206) 448-5905
Fax: (206) 441-4743
tony@russograham.com
Attorneys for Plaintiffs

s/ Tricia Boerger
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Email: tricia.boerger@usdoj.gov
Attorneys for the United States

Stipulated Motion to Extend
Time for Defendants'
Responsive Pleading *and Order*
[2:19-cv-00060-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that the responsive pleading deadline for all defendants is July 16, 2019.

DATED this 20th day of June, 2019.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

Stipulated Motion to Extend
Time for Defendants'
Responsive Pleading *and Order*
[2:19-cv-00060-BJR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970